UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JANET CHARGOIS | CIVIL ACTION NO. 07-1632 |
| VS. | JUDGE DOHERTY |
| ZURICH INSURANCE CORP.<br>COREY C. CHANEY<br>RYDER TRUCK RENTAL, INC.<br>KENNETH O. LESTER CO. | MAGISTRATE JUDGE METHVIN |

*JURISDICTIONAL AMOUNT REVIEW*

This diversity case was removed from a local state court pursuant to 28 U.S.C. § 1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

Plaintiff alleges that a freightliner truck owned by Ryder Truck Rental, Inc. and driven by Corey C. Chaney, an employee of Kenneth O. Lester Company, struck her vehicle on Interstate 10; that the freightliner was insured by Zurich Insurance Company; that she suffered injuries to her neck, back, shoulder, wrist, and ankle as a result of the accident; and that she has suffered severe pain, suffering, and mental anguish.[1]

Plaintiff seeks damages for "loss of earnings and earning capacity, a loss of pension benefits, a loss of medical insurance benefits, rehabilitation and pharmacy expenses and a loss of other job related benefits," as well as past and future medial expenses.

Plaintiff did not state that the damages were insufficient for federal court jurisdiction. *See* La. Civ. Code Art. 893 (requiring an allegation regarding the amount of damages when

---

[1] Rec. Doc. 1-3.

2

necessary to establish the ". . . lack of jurisdiction of federal courts due to insufficiency of damages . . .").

Considering the foregoing, the undersigned concludes that the required jurisdictional amount has been established, and no further briefing is required.

Signed at Lafayette, Louisiana, on November 8, 2007.

_____
Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)